CRIMINAL COMPLAINT
(Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>Patricia ROCHA-Lechuga<br>DOB: 1985; United States Citizen | DOCKET NO. |
| | MAGISTRATE'S CASE NO.<br>24-01400MJ |

Complaint for violation of Title 18, United States Code, § 554(a)

On or about January 20, 2024, in the District of Arizona, **Patricia ROCHA-Lechuga** knowingly and fraudulently exported and sent from the United States, and attempted to export and send from the United States, any merchandise, article, or object contrary to any law or regulation of the United States, and received, concealed, bought, sold, and in any manner facilitated the transportation, concealment, and sale of such merchandise, article or object, that is: 2,200 rounds of .50 caliber ammunition, knowing the same to be intended for exportation contrary to any law or regulation of the United States, to wit: Title 50, United States Code, Section 4819; Title 15, Code of Federal Regulations, Parts 736.2, 738, and 774; all in violation of Title 18, United States Code, Section 554(a).

BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:
On January 20, 2024, **Patricia ROCHA-Lechuga** attempted to exit the United States and enter the Republic of Mexico through the Mariposa Port of Entry in Nogales, Arizona. Customs and Border Protection Officers (CBPOs) were conducting outbound inspections when they stopped **Leopoldo BALDERRAMA-Cruz**, who was the driver and registered owner of a 2011 Chevrolet Equinox, bearing Arizona license plate R4A64E. CBPOs asked **ROCHA-Lechuga** if she had any weapons, ammunition, or currency more than $10,000 dollars to declare. **ROCHA-Lechuga** stated that she had ammunition in the vehicle. **ROCHA-Lechuga** was secured and escorted to a holding area. The vehicle was moved to a secondary inspection area. The vehicle was inspected by a trained canine CBP Currency and Firearms Detector Dog (CFDD) who alerted to the presence of a trained odor on the vehicle. CBPOs discovered 2,200 rounds of .50 caliber ammunition concealed in the rear of the vehicle.

In a post-*Miranda* interview, **ROCHA-Lechuga** stated that a few days earlier she was recruited by an individual to travel to Phoenix, Arizona, retrieve packages, and to return to Mexico with the packages. **ROCHA-Lechuga** stated that she was to be paid $600 dollars to deliver the packages to the individual. **ROCHA-Lechuga** stated that she was aware she was smuggling ammunition and expected to receive money for the transportation of the ammunition. **ROCHA-Lechuga** stated that she was aware that it was illegal to bring ammunition into Mexico from the United States. **ROCHA-Lechuga** further stated she was not currently employed by an import or export business, nor did she have an import/export license.

**ROCHA-Lechuga** admitted that she was aware that it was illegal to bring ammunition into Mexico from the United States. **ROCHA-Lechuga** further stated she was not currently employed by an import or export business, nor did she have an import/export license.

**(BASIS OF COMPLAINT CONTINUED ON REVERSE.)**

MATERIAL WITNESSES IN RELATION TO THE CHARGE:   N/A

| DETENTION REQUESTED<br>Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.<br><br>AUTHORIZED BY AUSA *Raquel Arellano*  RAQUEL ARELLANO  *Digitally signed by RAQUEL ARELLANO Date: 2024.01.22 09:49:46 -07'00'* | SIGNATURE OF COMPLAINANT<br>KEITH J GRIJALVA  *Digitally signed by KEITH J GRIJALVA Date: 2024.01.22 10:14:07 -07'00'*<br><br>OFFICIAL TITLE<br>HSI Special Agent Keith J. Grijalva |
|---|---|
| **Sworn by telephone   x** | |
| SIGNATURE OF MAGISTRATE JUDGE[1]<br>*[signature]* | DATE<br>January 22, 2024 |

[1]   See Federal Rules of Criminal Procedure Rules 3, 4.1, and 54

**(BASIS OF COMPLAINT'S CHARGE AGAINST THE ACCUSED CONTINUED.)**

The ammunition found in the vehicle qualify as a United States Commerce Control List item and therefore is prohibited by law for export from the United States into Mexico without a valid license.



